IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:25-CR-____ |
| v. | : VIOLATIONS: |
| JERRETTE DAKOTA COLLINS, | : 18 U.S.C. § 2250(a) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**(Failure to Register as a Sex Offender)**

Between on or about February 11, 2025, and on or about May 12, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JERRETTE DAKOTA COLLINS,**

a person required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act; all in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

*[signature: Hannah w/ Couch]*
HANNAH M. COUCH
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of November, AD 2025.

*[signature: C. Auston]*
Deputy Clerk